WILLIAM G. MYERS III (ISB #5598)
Holland & Hart, LLP
800 West Main St., Suite 1750
Boise, ID 83702
Tel:  (208) 342-5000
Fax:  (208) 343-8869
Email: wmyers@hollandhart.com

ANDREW A. IRVINE (*pro hac vice application pending*)
Andrew A. Irvine, P.C.
P.O. Box 3221
Jackson, WY 83001
Tel:  (307) 690-8383
Fax:  (307) 333-0383
Email: andy@andrewirvinelaw.com

ATTORNEYS FOR PLAINTIFF IDAHO WOOL
GROWERS ASSOCIATION AND MOVANT-PLAINTIFF
NORTH AMERICAN PACKGOAT ASSOCIATION

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WOOL GROWERS ASSOCIATION, and NORTH AMERICAN PACKGOAT ASSOCIATION (*Rule 71 motion pending*),<br><br>  Plaintiffs,<br><br>  v.<br><br>THOMAS VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE,<br><br>  Defendants. | Case No. 08-cv-00394<br><br>**MOTION FOR ORDER HOLDING DEFENDANTS IN CONTEMPT OF COURT** |

COMES NOW, the Idaho Wool Growers Association ("Wool Growers") by and through its attorneys, Holland & Hart, LLP, and the North American Packgoat Association ("Goatpackers") by and through its attorney, Andrew A. Irvine, P.C., and hereby moves the Court pursuant to Fed.R.Civ.P. 70(e) for an order holding Defendants[1] in contempt of court for failure to comply with the Court's July 1, 2009 Order (ECF No. 37) and November 9, 2009 Memorandum Decision and Order (ECF No. 46) in this case. *See Idaho Wool Growers Ass'n v. Schafer*, 637 F. Supp. 2d 868 (D. Idaho 2009); *Idaho Wool Growers Ass'n v. Schafer*, 2009 WL 3806371 (D. Idaho 2009), *appeal voluntarily dismissed, Idaho Wool Growers Ass'n v. Vilsack*, Case No. 10-35126 (9th Cir. Nov. 3, 2010). The attached Memorandum in Support provides the grounds for this motion.

RESPECTFULLY submitted this 24th day of June, 2015.

By: _____
William G. Myers III
Holland & Hart, LLP
Attorneys for Plaintiff Idaho Wool Growers Association

Andrew A. Irvine
Andrew A. Irvine, P.C.
Attorney for Movant-Plaintiff North American Packgoat Association

---

[1] Pursuant to Fed.R.Civ.P. 25(d) the names of current public officers have been substituted for the names of former officers. Plaintiff Dr. Marie S. Bulgin and Defendant Suzanne C. Rainville have been removed, as they are not involved in this phase of the case. Movant-Plaintiff Goatpackers has been added, pending its motion to join as a plaintiff.

## CERTIFICATE OF SERVICE

I certify that on June 24, 2015, I electronically filed the foregoing with the Clerk of the U.S. District Court of Idaho using the CM/ECF system, which sent a Notice of Electronic Filing to the following person on whom a copy was also hand-delivered:

Wendy J. Olson
U.S. Attorney's Office
800 Park Boulevard, Suite 600
Boise, ID 83712-9903
wendy.olson@usdoj.gov

I also certify that on June 24, 2015, I served a true and correct copy of the above and foregoing via Certified U.S. Mail, postage prepaid, upon the following:

Loretta E. Lynch
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

By: _____
William G. Myers III
Holland & Hart, LLP

Attorneys for Plaintiff Idaho Wool Growers Association