William G. Myers III (ISB #5598)
HOLLAND & HART, LLP
800 West Main St., Suite 1750
Boise, ID  83702
Tel:     (208) 342-5000
Fax:    (208) 343-8869
Email: wmyers@hollandhart.com

Attorneys for Plaintiff Idaho Wool Growers Association

Andrew A. Irvine (*pro hac vice*)
ANDREW A. IRVINE, P.C.
P.O. Box 3221
Jackson, WY  83001
Tel:     (307) 690-8383
Fax:    (307) 333-0383
Email: andy@andrewirvinelaw.com

Attorney for Plaintiff North American Packgoat Association

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WOOL GROWERS ASSOCIATION, and NORTH AMERICAN PACKGOAT ASSOCIATION,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>THOMAS VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE,<br><br>　　　　Defendants. | Case No.  1:08-CV-00394-BLW<br><br>**JOINT MOTION FOR ENTRY OF FIRST AMENDMENT TO STIPULATED SETTLEMENT AGREEMENT** |

**JOINT MOTION FOR ENTRY OF FIRST AMENDMENT TO STIPULATED SETTLEMENT AGREEMENT - 1**

Plaintiffs Idaho Wool Growers Association ("Wool Growers") and North American Packgoat Association ("Goat Packers") and Federal Defendants United States Forest Service, et al. (the "Forest Service") respectfully submit the attached First Amendment to Stipulated Settlement Agreement and jointly move the Court to enter and approve the First Amendment to Stipulated Settlement Agreement. The Wool Growers and Goat Packers have conferred with the Forest Service and received the Forest Service's consent to file this Joint Motion.

The First Amendment to Stipulated Settlement Agreement provides additional time for the Forest Service to respond to comments and complete the Supplement to the Environmental Impact Statement ("SEIS") contemplated under paragraph 6 of the Stipulated Settlement Agreement.

The parties are submitting this motion promptly upon the parties' execution of the First Amendment to Stipulated Settlement Agreement. The parties are available to provide any further information about the First Amendment to Stipulated Settlement Agreement that the Court may require.

RESPECTFULLY SUBMITTED this 14th day of August, 2017.

HOLLAND & HART, LLP

*/s/ William G. Myers III*
William G. Myers III
Attorneys for Plaintiff Idaho Wool Growers Association

ANDREW A. IRVINE, P.C.

*/s/ William G. Myers III for Andrew A. Irvine (by permission)*
Andrew A. Irvine
Attorney for Plaintiff North American Packgoat Association

**JOINT MOTION FOR ENTRY OF FIRST AMENDMENT TO STIPULATED SETTLEMENT AGREEMENT - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 14, 2017 the **JOINT MOTION FOR ENTRY OF FIRST AMENDMENT TO STIPULATED SETTLEMENT AGREEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Andrew A Irvine
andy@andrewirvinelaw.com

Christine G. England
Christine.England@usdoj.gov

And, I hereby certify that the following listed non-registered CM/ECF participants were served by:

   ☐ United States Mail, postage prepaid
   ☐ Federal Express
   ☐ Hand-delivery
   ☐ Facsimile transmission (fax)

*None*

             */s/ William G. Myers III*
             William G. Myers III
             Holland & Hart, LLP

10114884_1